**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 26-______** |
| **v.** | : | **DATE FILED: ________** |
| **SADE GUPPY** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 1 count)** |

**<u>MISDEMEANOR INFORMATION</u>**

**<u>COUNT ONE</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 8, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SADE GUPPY,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of United States Senator.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SADE GUPPY

**MISDEMEANOR INFORMATION**

**18 U.S.C. § 611 (voting by alien – 1 count)**

A true bill.

______________________________

Foreman

Filed in open court this ____________________day,
Of ______________A.D. 20________

______________________________

Clerk

Bail, $__________