# AFFIDAVIT IN SUPPORT OF ARREST WARRANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 9

1. I, Joshua Colon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent with Homeland Security Investigations ("HSI") assigned to the HSI Philadelphia Field Office.

## PURPOSE OF THE AFFIDAVIT

3. This affidavit is made in support of an arrest warrant for SADE GUPPY for a violation of 18 U.S.C. § 611 (voting by an alien) in connection with the November 8, 2022 election for federal office, pursuant to Federal Rule of Criminal Procedure 9. As described in more detail below, GUPPY is not a U.S. citizen, knew that she was not a U.S. citizen, and knowingly voted in the November 2022 election. Based on the facts set forth in this affidavit, there is probable cause to believe that GUPPY violated 18 U.S.C. § 611.

4. Title 18, United States Code, Section 611(a) states: "It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, [or] Member of the Senate[.]"[1] The November 2022 election for federal office in Pennsylvania was held to, *inter alia*, elect a United States Senator.

---

[1] Under Section 611(a), aliens may vote in a local election if they "are authorized to vote for such other purpose under a State constitution or statute or a local ordinance," and the local election is "conducted independently of voting for a candidate for such Federal offices, in such a manner that an alien has the opportunity to vote for such other purpose, but not an opportunity to vote for a candidate for any one or more of such Federal offices." However, this statutory exception did not apply to any of the voters who participated in the November 2022 election in Philadelphia, Pennsylvania, which is the election in which GUPPY voted.

5. Fed. R. Crim. P. 9 states that "[t]he court must issue a warrant . . . for each defendant named in an . . . information if one or more affidavits accompanying the information establish probable cause to believe that an offense has been committed and that the defendant committed it."

6. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

**PROBABLE CAUSE**

7. According to Department of Homeland Security ("DHS") databases and her alien file ("A-File"), SADE GUPPY is not a U.S. citizen. Rather, she is a native and citizen of Trinidad and Tobago. She is assigned alien number 061823927.

8. Earlier this month, HSI obtained GUPPY's voting records from the City of Philadelphia and the Pennsylvania Department of State. The records show that GUPPY is an active registered voter in Philadelphia, in the Eastern District of Pennsylvania. GUPPY's registration information includes her actual date of birth. Additionally, the records show that GUPPY voted in-person in Philadelphia on November 8, 2022.

9. On September 21, 2026, HSI Agent Lauren Cerminaro and I conducted a 42-minute, in-person interview of GUPPY at her residence. My body camera recorded the interview, which initially took place in the doorway to GUPPY's rowhome, and concluded inside the living

room. At the start of the interview, when asked if she voted in 2022, GUPPY said, "I can't remember," then stated that "I didn't vote" in 2022. Agents then showed her the poll book from the 2022 election with her signature on it, and GUPPY asked where she would have voted. When told the records indicated she voted at a Salvation Army facility, GUPPY said: "I remember going in there one time." GUPPY then stated, "I never voted anywhere else but there…I only voted one time." Later in the interview, GUPPY confirmed that this vote occurred in 2022, and she said that her friend "Charles" told her that she was allowed to vote.

10. When asked if she was an American citizen, GUPPY said, "I am a resident. I don't know if that counts? I'm a permanent resident." GUPPY then acknowledged that, as a Lawful Permanent Resident, she could become a citizen. Later in the interview, GUPPY stated that she told Charles, "I don't think I can vote because I'm a permanent resident," but that Charles assured her that she could vote. GUPPY also admitted that she has not become an American citizen through the naturalization process.

## CONCLUSION

11. Based on the above facts, there is probable cause to believe SADE GUPPY knowingly voted in the November 2022 federal election in the Eastern District of Pennsylvania, and that she knew that she was not an American citizen at the time of the election. GUPPY thus violated 18 U.S.C. § 611 on November 8, 2022. I request an arrest warrant be issued for SADE GUPPY.

*/s/ Joshua Colon*
Joshua Colon
Special Agent
Homeland Security Investigations

Affidavit submitted by and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 41 and 41(d)(3) this 23rd day of September, 2026:

Digitally signed by Caroline Goldner Cinquanto
Date: 2026.09.23 16:24:51 -04'00'

_______________________________________
Honorable Caroline Goldner Cinquanto
United States Magistrate Judge