**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NUMBER 26-457** |
| | : | |
| | : | |
| **SADE GUPPY** | : | |

**ORDER**

**AND NOW**, this day of , 2026, in consideration of the Defendant's Unopposed Motion to Permit Filing Out of Time, it is hereby **ORDERED** that the instant motion is **GRANTED**. Defendant Sade Guppy's Motion to Dismiss will be accepted as timely filed.

**BY THE COURT:**

______________________________
**THE HONORABLE CRAIG M. STRAW**
**United States Magistrate Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NUMBER 26-457** |
| | : | |
| | : | |
| **SADE GUPPY** | : | |

**DEFENDANT'S UNOPPOSED MOTION TO PERMIT FILING OUT OF TIME**

Sade Guppy, by her attorney, Angela Levy, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby requests that her Motion to Dismiss Information, filed electronically on October 9, 2026, be accepted as timely filed. In support thereof, Ms. Guppy states the following:

1. On September 23, 2026, Sade Guppy was charged in a one-count Information with the misdemeanor offense of knowingly voting in a federal election as a noncitizen in violation of 18 U.S.C. § 611.

2. On September 24, 2026, Ms. Guppy was arraigned before the Honorable Caroline Goldner Cinquanto and entered a plea of not guilty.

3. Pursuant to Local Rule of Criminal Procedure 12.1, pretrial motions are due within 14 days of arraignment, or, in this case, October 8, 2026.

4. On October 8, 2026, Counsel undersigned prepared a Motion to Dismiss Information and sent courtesy copies to chambers and to counsel for the government on October 8, 2026.

5. However, due to inadvertence or error, the motion was not filed on the docket until October 9, 2026.

6. Assistant United States Attorney Michael R. Miller advised that the government does not object to Ms. Guppy's motion requesting that her Motion to Dismiss be accepted as timely filed.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests the Court grant Ms. Guppy's motion and accept her Motion to Dismiss the Information as timely filed.

Respectfully submitted,

*/s/ Angela Levy*
ANGELA LEVY
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Angela Levy, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I caused a copy of the Defendant's Unopposed Motion to Permit Filing Out of Time to be served via Electronic Case Filing and hand delivery upon Michael R. Miller, Assistant United States Attorney, United States Attorney's Office , 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/ Angela Levy*
ANGELA LEVY
Assistant Federal Defender

DATE: October 9, 2026