IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v | : | |
| | : | |
| | : | |
| SADE GUPPY | : | NO.: 26CR457 |

**ORDER**

AND NOW, this 9th day of October 2026, it is hereby ORDERED that the Government is to respond to Defendant's Motion to Dismiss the Information no later than Monday, October 26, 2026.

/s/ Craig M. Straw

CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE